**Tommy G. Thompson**
Governor

**OOS REPORT**
**SMCI-2000-2921**



**Jon E. Litscher**
Secretary

# State of Wisconsin

## Department of Corrections

### OFFICE OF THE SECRETARY'S REPORT

**To:**
JOHNSON, MICHAEL S  # 265812
UNIT: Alpha - 206

Supermax Correction Institution
1101 Morrison Dr.

BOSCOBEL WI 53805-0265

Complaint File #:    SMCI-2000-2921

The following is the Secretary's decision on the Corrections Complaint Examiner's recommendation of 3/14/00 in the above case:
The attached Corrections Complaint Examiner's recommendation to dismiss this complaint is accepted as the decision of the Secretary.

Date:  Sunday, March 19, 2000          Reviewer's Signature:          Cay O'Donnell

Tommy G. Thompson
Governor

Jon E. Litscher
Secretary

CCE REPORT
SMCI-2000-780

# State of Wisconsin

## Department of Corrections

### CORRECTIONS COMPLAINT EXAMINER'S REPORT

**To:** JOHNSON, MICHAEL S    # 265812
UNIT: Alpha - 320
Supermax Correction Institution
1101 Morrison Dr.
BOSCOBEL WI  53805-0265

**From:**

Corrections Complaint Examiner
Office of Audits, Investigations and Evaluations
P.O. Box 7925
Madison, WI. 53707-7925

**RE:**    Complaint File #:    SMCI-2000-780

| | |
|---|---|
| **Name:** | JOHNSON, MICHAEL S    # 265812 |
| **Complaint Number:** | SMCI-2000-780 |
| **Nature of Complaint:** | ME - Inmate is complaining that he is being watched 24 hrs. a day causing him mental and emotional anguish. |
| **Method of Disposition:** | |
| | Y   **Review on Record** |
| **Recommendation:** | N   **Investigation** |

Noting the ICE's recommendation and no violation of administrative rules, it is recommended this complaint be dismissed.

Date:  Thursday, February 24, 2000

CORRECTIONS COMPLAINT EXAMINER

**Tommy G. Thompson**
Governor

OOS REPORT
SMCI-2000-780

**Jon E. Litscher**
Secretary



# State of Wisconsin

## Department of Corrections

OFFICE OF THE SECRETARY'S REPORT

**To:**
JOHNSON, MICHAEL S   # 265812
UNIT: Alpha - 320

Supermax Correction Institution
1101 Morrison Dr.
BOSCOBEL  WI  53805-0265

Complaint File #:   SMCI-2000-780

The following is the Secretary's decision on the Corrections Complaint Examiner's recommendation of 2/24/00 in the above case:
The attached Corrections Complaint Examiner's recommendation to dismiss this complaint is accepted as the decision of the Secretary.

Date:  Saturday, February 26, 2000          Reviewer's Signature:

Tommy G. Thompson
Governor

Jon E. Litscher
Secretary

**CCE REPORT**
**SMCI-2000-9943**

# State of Wisconsin

## Department of Corrections

### CORRECTIONS COMPLAINT EXAMINER'S REPORT

**To:** JOHNSON, MICHAEL S   # 265812
UNIT: Alpha - 206
SUPERMAX CORRECTION INSTITUTION
1101 Morrison Dr.
BOSCOBEL WI 53805-0265

**From:**

Corrections Complaint Examiner
Office of Audits, Investigations and Evaluations
P.O. Box 7925
Madison, WI. 53707-7925

| | | |
|---|---|---|
| **RE:** | Complaint File #: | SMCI-2000-9943 |
| **Name:** | | JOHNSON, MICHAEL S   # 265812 |
| **Complaint Number:** | | SMCI-2000-9943 |
| **Nature of Complaint:** | | KC Inmate complaining about having to choose between rec and law library. |
| **Method of Disposition:** | Y | **Review on Record** |
| **Recommendation:** | N | **Investigation** |

In agreement with the ICE, and as I note no violation of DOC 309.36, Wis. Adm. Code, it is recommended this complaint be dismissed.

Date:  Tuesday, May 09, 2000

*John Ray*

CORRECTIONS COMPLAINT EXAMINER

**Tommy G. Thompson**
Governor



**OOS REPORT**
**SMCI-2000-9943**

**Jon E. Litscher**
Secretary

# State of Wisconsin

## Department of Corrections

### OFFICE OF THE SECRETARY'S REPORT

**To:**
JOHNSON, MICHAEL S   # 265812
UNIT: Alpha - 206
SUPERMAX CORRECTION INSTITUTION
1101 Morrison Dr.
BOSCOBEL  WI  53805-0265

Complaint File #:   SMCI-2000-9943

The following is the Secretary's decision on the Corrections Complaint Examiner's recommendation of 5/9/00 in the above case:
The attached Corrections Complaint Examiner's recommendation to dismiss this complaint is accepted as the decision of the Secretary.

Date:  Monday, May 15, 2000            Reviewer's Signature:

**Tommy G. Thompson**
Governor

**Jon E. Litscher**
Secretary



**CCE REPORT**
**SMCI-2000-6485**

# State of Wisconsin

## Department of Corrections

## CORRECTIONS COMPLAINT EXAMINER'S REPORT

**To:** JOHNSON, MICHAEL S   # 265812
UNIT: Echo - 410
SUPERMAX CORRECTION INSTITUTION
1101 Morrison Dr.
BOSCOBEL  WI  53805-0265

**From:**

Corrections Complaint Examiner
Office of Audits, Investigations and Evaluations
P.O. Box 7925
Madison, WI. 53707-7925

**RE:**   Complaint File #:   SMCI-2000-6485

**Name:**   JOHNSON,  MICHAEL  S   # 265812

**Complaint Number:**   SMCI-2000-6485

**Nature of Complaint:**   tg - Inmate is complaining that the oral hygiene products (tooth brushes) are causing damage to his teeth and gums.

**Method of Disposition:**

Y   **Review on Record**

**Recommendation:**   N   **Investigation**

I have previously inspected a sample of the security toothbrush in question, as it is used in several DOC segregation facilities. While it is not ideal, it is certainly sufficient for the intended purpose as long as it is replaced at regular intervals. Accordingly, and noting the uniqueness of the security concerns at SMCI, it is recommended this complaint be dismissed.

Date:  Wednesday, March 22, 2000

*John Ray*

CORRECTIONS COMPLAINT EXAMINER

**Tommy G. Thompson**
Governor

**Jon E. Litscher**
Secretary

OOS REPORT
SMCI-2000-6485

# State of Wisconsin

## Department of Corrections

OFFICE OF THE SECRETARY'S REPORT

**To:**
JOHNSON, MICHAEL S   # 265812
UNIT: Echo - 410
SUPERMAX CORRECTION INSTITUTION
1101 Morrison Dr.
BOSCOBEL  WI  53805-0265

Complaint File #:    SMCI-2000-6485

The following is the Secretary's decision on the Corrections Complaint Examiner's recommendation of 3/22/00 in the above case:
The attached Corrections Complaint Examiner's recommendation to dismiss this complaint is accepted as the decision of the Secretary.

Date:  Friday, March 24, 2000                Reviewer's Signature:

Tommy G. Thompson
Governor

Jon E. Litscher
Secretary

**CCE REPORT**
**SMCI-2000-10891**

# State of Wisconsin

## Department of Corrections

### CORRECTIONS COMPLAINT EXAMINER'S REPORT

**To:** JOHNSON, MICHAEL S    # 265812
UNIT: Alpha - 203
SUPERMAX CORRECTION INSTITUTION
1101 Morrison Dr.
BOSCOBEL WI  53805-0265

DOCKET
NUMBER

U.S. DISTRICT COURT
WEST____ ___ __ WISCONSIN

JUN 2 8 2000

JOSEPH W. SKUPNIEWITZ, CLERK
CASE
NUMBER

**From:**

Corrections Complaint Examiner
Office of Audits, Investigations and Evaluations
P.O. Box 7925
Madison, WI. 53707-7925

**RE:**    Complaint File #:    SMCI-2000-10891

**Name:**    JOHNSON, MICHAEL S    # 265812

**Complaint Number:**    SMCI-2000-10891

**Nature of Complaint:**    KC Inmate requesting to see Dental Services.

**Method of Disposition:**

Y    **Review on Record**

N    **Investigation**

**Recommendation:**

In agreement with the ICE, and as I note this issue was reviewed and decided by the BHS director, it is recommended this complaint be dismissed.

Date:  Thursday, May 04, 2000

*John Ray*

CORRECTIONS COMPLAINT EXAMINER

**Tommy G. Thompson**
Governor



OOS REPORT
SMCI-2000-10891

**Jon E. Litscher**
Secretary

# State of Wisconsin

## Department of Corrections

## OFFICE OF THE SECRETARY'S REPORT

**To:**
JOHNSON, MICHAEL S   # 265812
UNIT: Alpha - 203
SUPERMAX CORRECTION INSTITUTION
1101 Morrison Dr.
BOSCOBEL  WI  53805-0265

DOCKET
NUMBER

U.S. DISTRICT COURT
WES~~~ ~~~ ~~~ WISCONSIN

JUN 2 8 2000

JOSEPH W. SKUPNIEWITZ, CLERK

CASE
NUMBER

Complaint File #:    SMCI-2000-10891

The following is the Secretary's decision on the Corrections Complaint Examiner's recommendation of
5/4/00 in the above case:
The attached Corrections Complaint Examiner's recommendation to dismiss this complaint is accepted
as the decision of the Secretary.

Date:  Monday, May 15, 2000                Reviewer's Signature:

Tommy G. Thompson
Governor

Jon E. Litscher
Secretary



**CCE REPORT**
**SMCI-2000-7960**

# State of Wisconsin

## Department of Corrections

### CORRECTIONS COMPLAINT EXAMINER'S REPORT

**To:** JOHNSON, MICHAEL S    # 265812
UNIT: Echo - 410
SUPERMAX CORRECTION INSTITUTION
1101 Morrison Dr.
BOSCOBEL WI 53805-0265

**From:**
Corrections Complaint Examiner
Office of Audits, Investigations and Evaluations
P.O. Box 7925
Madison, WI. 53707-7925

**RE:**   Complaint File #:   SMCI-2000-7960

**Name:**   JOHNSON, MICHAEL S    # 265812

**Complaint Number:**   SMCI-2000-7960

**Nature of Complaint:**   ME - Staff systematically harassing the inmate.

**Method of Disposition:**

Y   **Review on Record**

**Recommendation:**   N   **Investigation**

In agreement with the report of the Institution Complaint Examiner, AND NOTING NO
VIOLATON OF DOC 306.15, WIS. ADM. CODE, it is recommended this complaint be dismissed.

Date:   Wednesday, April 19, 2000

CORRECTIONS COMPLAINT EXAMINER

**Tommy G. Thompson**
Governor

**Jon E. Litscher**
Secretary



OOS REPORT
SMCI-2000-7960

# State of Wisconsin

## Department of Corrections

### OFFICE OF THE SECRETARY'S REPORT

**To:**
JOHNSON, MICHAEL S  # 265812
UNIT: Echo - 410
SUPERMAX CORRECTION INSTITUTION
1101 Morrison Dr.
BOSCOBEL  WI  53805-0265

Complaint File #:    SMCI-2000-7960

The following is the Secretary's decision on the Corrections Complaint Examiner's recommendation of 4/19/00 in the above case:
The attached Corrections Complaint Examiner's recommendation to dismiss this complaint is accepted as the decision of the Secretary.

Date:  Friday, April 21, 2000                Reviewer's Signature:

Tommy G. Thompson
Governor

Jon E. Litscher
Secretary



# State of Wisconsin

## Department of Corrections

## CORRECTIONS COMPLAINT EXAMINER'S REPORT

**To:** JOHNSON, MICHAEL S    # 265812
UNIT: Alpha - 210
Supermax Correction Institution
1101 Morrison Dr.
BOSCOBEL WI 53805-0265

**From:**
Corrections Complaint Examiner
Office of Audits, Investigations and Evaluations
P.O. Box 7925
Madison, WI. 53707-7925

**RE:**   Complaint File #:   SMCI-2000-883

**Name:**   JOHNSON, MICHAEL S    # 265812

**Complaint Number:**   SMCI-2000-883

**Nature of Complaint:**   ME - Inmate is complaining that he dose not understand why he is subject to strip searchers every time he leaves his cell, Claims that it is humiliating and illegal.

**Method of Disposition:**

N   **Review on Record**

**Recommendation:**   N   **Investigation**

In agreement with the ICE, and noting no violation of DOC 306.16(3), Wis. Adm. Code, it is recommended this complaint be dismissed.

Date:  Monday, February 21, 2000

John Ray

CORRECTIONS COMPLAINT EXAMINER

**Tommy G. Thompson**
Governor

**OOS REPORT**
**SMCI-2000-883**

**Jon E. Litscher**
Secretary



# State of Wisconsin

## Department of Corrections

### OFFICE OF THE SECRETARY'S REPORT

**To:**
JOHNSON, MICHAEL S   # 265812
UNIT: Alpha - 210

Supermax Correction Institution
1101 Morrison Dr.
BOSCOBEL WI 53805-0265

Complaint File #:   SMCI-2000-883

The following is the Secretary's decision on the Corrections Complaint Examiner's recommendation of 2/21/00 in the above case:
The attached Corrections Complaint Examiner's recommendation to dismiss this complaint is accepted as the decision of the Secretary.

Date:  Saturday, February 26, 2000          Reviewer's Signature:

Tommy G. Thompson
Governor

Jon E. Litscher
Secretary



CCE REPORT
SMCI-2000-4926

# State of Wisconsin

## Department of Corrections

### CORRECTIONS COMPLAINT EXAMINER'S REPORT

**To:** JOHNSON, MICHAEL S   # 265812
UNIT: Alpha - 206
Supermax Correction Institution
1101 Morrison Dr.
BOSCOBEL  WI  53805-0265

**From:**

Corrections Complaint Examiner
Office of Audits, Investigations and Evaluations
P.O. Box 7925
Madison, WI. 53707-7925

**RE:**   Complaint File #:   SMCI-2000-4926

**Name:**   JOHNSON, MICHAEL S   # 265812

**Complaint Number:**   SMCI-2000-4926

**Nature of Complaint:**   ME - Inmate is complaining that there is not religious services for Muslims and they are not allowed to have religious items in their cells.

**Method of Disposition:**

Y   **Review on Record**

**Recommendation:**   N   **Investigation**

In agreement with the report of the Institution Complaint Examiner, and as no violation of DOC 309.61, Wis. Adm. Code, other administrative rules or related IMP's are noted, it is recommended this complaint be dismissed.

Date:  Monday, February 28, 2000

*John Ray*

CORRECTIONS COMPLAINT EXAMINER

**Tommy G. Thompson**
Governor



**OOS REPORT**
**SMCI-2000-4926**

**Jon E. Litscher**
Secretary

# State of Wisconsin

## Department of Corrections

OFFICE OF THE SECRETARY'S REPORT

**To:**
JOHNSON, MICHAEL S  # 265812
UNIT: Alpha - 206

Supermax Correction Institution
1101 Morrison Dr.
BOSCOBEL  WI  53805-0265

Complaint File #:   SMCI-2000-4926

The following is the Secretary's decision on the Corrections Complaint Examiner's recommendation of 2/28/00 in the above case:
The attached Corrections Complaint Examiner's recommendation to dismiss this complaint is accepted as the decision of the Secretary.

Date:  Sunday, March 19, 2000          Reviewer's Signature:

Tommy G. Thompson
Governor

Jon E. Litscher
Secretary

# State of Wisconsin

## Department of Corrections

### CORRECTIONS COMPLAINT EXAMINER'S REPORT

**To:** JOHNSON, MICHAEL S   # 265812
UNIT: Alpha - 206
SUPERMAX CORRECTION INSTITUTION
1101 Morrison Dr.
BOSCOBEL WI 53805-0265

**From:**

Corrections Complaint Examiner
Office of Audits, Investigations and Evaluations
P.O. Box 7925
Madison, WI. 53707-7925

**RE:**   Complaint File #:   SMCI-2000-5728

**Name:**   JOHNSON, MICHAEL S   # 265812

**Complaint Number:**   SMCI-2000-5728

**Nature of Complaint:**   ME - Inmate is complaining that his first amendment rights are being violated by limiting his access to publications, for example; newspapers, and publications like BLAZE or VIBE.

**Method of Disposition:**
Y   **Review on Record**

**Recommendation:**   Y   **Investigation**

tg - DOC 309.05, Wis. Adm. Code, governs publications and, in relevant part, states: "(1) The department shall facilitate inmate reading of publications, including books, magazines, newspapers, and pamphlets." Thus, and after reviewing the issue with Legal Counsel, there is a requirement for the provision of these items - unless there is an overriding concern.  That does not mean that inmates have the right to have access to personal subscriptions to magazines in all circumstances.

The CCE notes that magazines contain staples and staples have presented legitimate security concerns when used inappropriately.  Under these circumstances, then, magazines are correctly withheld from inmates. Accordingly, it is recommended this complaint be dismissed.

Date:  Tuesday, April 04, 2000

*John Ray*

CORRECTIONS COMPLAINT EXAMINER

**Tommy G. Thompson**
Governor

**Jon E. Litscher**
Secretary



OOS REPORT
SMCI-2000-5728

# State of Wisconsin

## Department of Corrections

OFFICE OF THE SECRETARY'S REPORT

**To:**
JOHNSON, MICHAEL S  # 265812
UNIT: Alpha - 206
SUPERMAX CORRECTION INSTITUTION
1101 Morrison Dr.
BOSCOBEL  WI  53805-0265

Complaint File #:    SMCI-2000-5728

The following is the Secretary's decision on the Corrections Complaint Examiner's recommendation of 4/4/00 in the above case:
The attached Corrections Complaint Examiner's recommendation to dismiss this complaint is accepted as the decision of the Secretary.

Date:   Thursday, April 06, 2000              Reviewer's Signature:

# United States District Court

_____ Western _____ District of ___ Wisconsin ____

Dennis E. Jones 'El, and
Michael Johnson, and all others similarly situated,
(Full Name of Plaintiff[s])

        Plaintiff(s),

        v.                   Case No. ___ 00-C-0421-C

Gerald Berge, Et Al.,
                                  (Supplied by Clerk)

_____ ,
(Full Name of Defendant[s])

        Defendant(s).

## PETITION AND AFFIDAVIT FOR LEAVE TO PROCEED IN FORMA PAUPERIS

    I, ___ Dennis E. Jones 'El ___ , plaintiff or petitioner, move the court for leave to proceed _in forma pauperis_ in the above-named action. I declare under penalty of perjury that the following facts are true. (Note: Prisoners who are permitted to file _in forma pauperis_ must pay the full filing fee in installments. See instructions provided with this packet.)

**Attach a certified copy of your prison trust account statement showing transactions for the six months immediately preceding the filing of your complaint.**

1.    I am the party initiating this action and I believe I am entitled to redress.

2.    I am unable to prepay the fees and costs of this proceeding, or to give security, because of my poverty.

3.    I am (check one)   ☑ Single   ☐ Married   ☐ Separated
                          ☐ Divorced

4.    My responses to the following questions are true:

    A.    Are your presently employed? ☐ YES  ☑ NO

    B.    If the answer is "yes", state the amount of your salary or wages per month and give the name and address of your employer.

             _____

             _____

C.   If the answer is "no", state the date of your last employment and the amount of your salary or wages per month which you received.

_September, 1993, approximately $400⁰⁰ A Month._

D.   Have you received money from any of the following sources within the past 12 months?

Business, profession, or form of self-employment?
☐ YES      ☑ NO

Rent payments, interest, or dividends?          ☐ YES      ☑ NO

Pensions, annuities, or life insurance payments?
☐ YES      ☑ NO

Disability or workers' compensation payments?
☐ YES      ☑ NO

Gifts or inheritances?      ☐ YES      ☑ NO

Any other sources? (including prison wages)
☑ YES      ☐ NO

If the answer to any of the above is yes, describe the source **and** amount of the money received from each during the past 12 months and what you expect you will continue to receive.  Please attach an additional sheet if necessary.
_Hardly Anything — All Money I have received has went to legal supplies & legal bad, so it's been so small I'g still in debt, and past An enormous debt, I got No Irish wages Now._

E.   Do you have any cash or checking, savings, or other accounts? (Include any funds in prison accounts during the last six months.)  ☐ YES   ☑ NO

If the answer is "yes", state the total amount of cash and the average monthly balance in all checking, savings, prison, or other accounts during the last six months.

_I can't say for certain the total Amount, but not Enough to get Me out of the Red._

F.   Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles, jewelry, or other valuable property or assets (except for ordinary household furnishings and clothing)?
☐ YES        ☑ NO

If the answer is "yes", identify the property and state its approximate value:

_____

_____

_____

G.   Do you have any debts or obligations?  ☑ YES        ☐ NO

If yes, list the amounts owed, to whom, and any current payments that you are making.

I have Attorney fees of $6,100⁰⁰ owed to an uncle (Ernest Walker) who secured him; $20,000⁰⁰ almost in "erroneous" debt due to Det. Harding; legal loan fees almost $50⁰⁰; court fees over $100⁰⁰.

H.   List the persons who are dependent upon you for support, state your relationship to each person, and state how much you contribute to their support.

My Daughter. Money I do get when I do I give what I can; My daughter birthday was just Friday and because I could not even by a card, I sent her the T.V., radio, and headphones I had, now I'm without, due to the erroneous debt.

- 3 -

I declare under penalty of perjury that the foregoing is true and correct.

_____
(Signature of Plaintiff)

_____6 - 7 - 2000_____
(Date)

_____223571_____
(Prisoner I.D. Number)

---

### Authorization for Release of Institutional Account Information and Payment of the Filing Fee

I, _____DENNIS E. Jones El_____ (#223571)
(Name of Plaintiff)                    (Prison I.D. Number)

authorize the clerk of court to obtain from the agency having custody of my person, information about my prison trust account, including balances, deposits, and withdrawals until the filing fee is paid. I understand that, when sufficient funds exist in my prison trust account, I will be required to pay an initial partial filing fee equal to 20 percent of the greater of: (A) the average monthly deposits to my account for the six month period immediately preceding the filing of my complaint or notice of appeal, or (B) the average monthly balance in my account for the six-month period immediately preceding the filing of the complaint or notice of appeal. I understand and hereby authorize that, after payment of the initial partial filing fee, monthly payments will be forwarded to the Clerk of the Court equal to 20 percent of the preceding month's income credited to my account. I hereby authorize the agency or facility having custody of my person to withdraw funds from my prison trust account and forward such payments from my account to the Clerk of the Court each time the amount in the account exceeds $10.00, until the filing fee is paid as set forth in 28 U.S.C. § 1915(b)(2).

_____
(Signature of Plaintiff)

_____6 - 7 - 2000_____
(Date)

**NOTE: A CERTIFIED COPY OF YOUR PRISON TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF YOUR COMPLAINT MUST ACCOMPANY THIS PETITION AND AFFIDAVIT.**

- 4 -